Joscelin B. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com

FILED
2011 NOV 14 AM 10: 42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Joscelin B. Thomas, Pro Se'

PLAINTIFF/PETITIONER,

v.

Redline Recovery Services, LLC and Does 1 through 10

DEFENDANT(S).

CASE NUMBER

ED CV 11-01824

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

I, Joscelin B. Thomas, Pro Se', declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☑No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. ____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Last day of work 1-31-2011, Moreno Valley Unified School District-Substitute Teacher-$75 a-day.

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐Yes ☑No
    b. Rent payments, interest or dividends?              ☐Yes ☑No
    c. Pensions, annuities or life insurance payments?    ☐Yes ☑No
    d. Gifts or inheritances?                             ☐Yes ☑No
    e. Any other income (other than listed above)?        ☐Yes ☑No
    f. Loans?                                             ☐Yes ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: N/A

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes   ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Checking account $300.00 with Chase Bank

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑Yes   ☐No

   If the answer is yes, describe the property and state its approximate value: Single-family home valued at $145,000.00

5. In what year did you last file an Income Tax return? 2010

   Approximately how much income did your last tax return reflect? $18,000.00

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   JPT-daughter, JAT-daughter, JIT-daughter, JDT-daughter, DLT-Son, I contribute my entire income.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| California | Moreno Valley, CA |
|---|---|
| State | County (or City) |

I, Joscelin B. Thomas, Pro Se', declare under penalty of perjury that the foregoing is true and correct.

November 14, 2011
Date

*(signature)*
Plaintiff/Petitioner (Signature)