LODGED
2011 NOV 14 AM 10: 40
CLERK U.S. DISTRICT COURT
RIVERSIDE
BY _____

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSCELIN B THOMAS<br><br>V.          PLAINTIFF(S)<br><br>REDLINE RECOVERY SERVICES, LLC<br><br>DEFENDANT(S) | CASE NUMBER<br><br>EDCV11- 1824 ~~UA (DUTYx)~~ JHN (SPx)<br><br>**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

___11/14/11___
Date

_____[signature]_____
United States Magistrate Judge
**OSWALD PARADA**
**U.S. MAGISTRATE JUDGE**

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency                ☐ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____

☐ Other: _____

Comments:



_____                                  _____
Date                                             United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ **GRANTED**          ☐ **DENIED (See comments above).**


_____                                  _____
Date                                             United States District Judge

CV-73A (01/10)       ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE