Joscelin B. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
No Phone - No Fax

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ED CV 11 - 01824 JHN (SPx)

| | |
|---|---|
| Joscelin B. Thomas Pro Se'<br>Plaintiff<br><br>V.<br><br>REDLINE RECOVERY SERVICES, LLC<br>Defendant<br><br>Does 1 through 10 | **COMPLAINT**<br><br>**Violations of:**<br>Fair Credit Reporting Act 15 U.S.C. § 1681 et seq.<br>Fair Debt Collection Practice Act 15 U.S.C. §1692<br>California Rosenthal Debt Collection Practice Act; California Civil Code § 1788 et seq.<br><br>**DEMAND TRIAL BY JURY** |

**TO THE CLERK OF THE COURT AND TO THE DEFENDANTS HEREIN**

### PLAINTIFF'S COMPLAINT AND DEMAND TRIAL by JURY

**Comes now** the Plaintiff Joscelin B. Thomas :

1.  Plaintiff's Complaint is based on the violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("hereinafter FDCPA"), California Rosenthal Fair Debt Collection Practice Act, California Civil Code § 1788 et seq. (hereinafter "ROSENTHAL"), and Fair Credit Reporting Act ("hereinafter FCRA") *15 U.S.C. § 1681 et seq.*

## PRELIMINARY STATEMENT

2. This is an action for damages; brought for damages for the violation of the FDCPA; damages for violation of the ROSENTHAL; damages for violation of the, FCRA..

## JURISDICTION

3. Jurisdiction of this Court arises pursuant to 15 U.S.C. § 1692k(d), §1681p, subject matter jurisdiction properly founded upon 28 U.S.C. § 1331, supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C § 1367, and also lies in 28 U.S.C 1346, any civil action or claim against the U.S., and the amount in controversy not exceeding $10, 000.00.

## VENUE

4. Plaintiff Joscelin B. Thomas is a natural person and is a resident of the County of Riverside, State of California, and the action occurred here.

5. Defendant Redline Recovery Services, LLC transact business in the state of California and in this District.

6. Thus, establishing proper jurisdiction and venue of this honorable court.

## PARTIES

7. Plaintiff is a resident of Riverside County, State of California. Joscelin B. Thomas, ("hereinafter Plaintiff").

8. Defendant Redline Recovery Services, LLC ("hereinafter REDLINE") is a Corporation, form unknown, and a junk debt buyer and debt collector with office at 11675 Rainwater Drive, Suite 350, Alpharetta, GA 30009.

9. REDLINE is a person who principle purpose is to use an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another

and is therefore a debt collector as that phrase as defined by the Fair Debt Collection Practice Act (FDCPA) §1692a(6).

10. Plaintiff is ignorant of the true names or capacities of the defendants sued herein under the fictitious names of DOES 1 through 10 inclusive. Each of the fictitiously named Doe Defendants is responsible in some manner for the wrongdoing alleged herein and is liable for the damages recoverable by Plaintiff. Plaintiff shall amend this Complaint accordingly to substitute the true names and capacities of DOES 1 through 10 if and when ascertained.

## FACTUAL ALLEGATIONS
## VIOLATION OF FDCPA and ROSENTHAL

11. In connection with an alleged debt, REDLINE sent an initial written communication to Plaintiff on or about Jan. 18, 2011, in which REDLINE provided Plaintiff with a notice required pursuant to 15 U.S.C. § 1692g(a)(4) and § 1692g(a)(5) in a confusing and improper manner. REDLINE stated, in relevant part, as follows:

***"Because your account is in default, the entire amount of $1,189.29 is due. Failure to make payment will result in our agency's continued collection efforts".***

12. Said statements led Plaintiff to believe that this alleged amount if due "NOW", payment in full, REDLINE failed to meaningfully convey the required disclosures, therefore constituting an unfair and deceptive act in connection with the collection of an alleged debt. (15 U.S.C. § 1692e(10), § 1692g(a)(4) and § 1692g(a)(5)).

13. In connection with the collection of an alleged debt, REDLINE sent Plaintiff an initial notice communication on or about Jan. 18, 2011, in which REDLINE stated, in relevant part, as follows:

***"As of the date of this letter, you owe $ 1,189.29. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the***

*day you pay may be greater. Hence if you pay the amount shown above, an adjustment may be necessary after we receive your payment. If an adjustment is made, we may attempt to contact you again about the adjustment".*

14. REDLINE attempted to collect on undisclosed fees of an alleged debt. REDLINE notice brought more confusion and overshadowed, there notice were inconsistent with the disclosure required by (15 U.S.C. § 1692e(10), § 1692e(2), § 1692g(a)(4) and § 1692g(a)(5)) and others.

15. Plaintiff sent a cease and desist notice as well as a dispute and demand for validation of the alleged debt to REDLINE, on or about Feb. 17, 2011, sent by Certified Mail Return Receipt # 7010 0780 0000 3363 9944, and received by REDLINE on or about Feb. 22, 2011.

16. Upon information and belief REDLINE's actions constitute conduct highly offensive to a reasonable person, and as a result of REDLINE's violations, REDLINE is liable to Plaintiff for Plaintiff's actual damages, statutory damages, costs, and attorney's fees.

### Count I
### VIOLATION OF THE FCDPA 15 U.S.C. § 1692
### By Defendant REDLINE

17. *Plaintiff re-alleges the allegation set forth in paragraph 1-16.*

18. Plaintiff is a consumer pursuant to 15 U.S.C. § 1692a(3)

19. REDLINE are debt collectors pursuant to 15 U.S.C. § 1692a(6)

20. REDLINE violated 15 U.S.C § 1692e(2) by the use of any false and representation of character, amount, or legal status of the alleged debt. The Plaintiff demands $1,000.00.

21. REDLINE violated 15 U.S.C § 1692 e(5) Threaten to take any action that cannot legally be taken or that is not intended to be taken. The Plaintiff demands $1,000.00.

22. REDLINE violated 15 U.S.C § 1692e(10) by the use of false representation or deceptive means to collect or attempt to collect a alleged debt or obtain information concerning a consumer. The Plaintiff demands $1,000.00.

23. REDLINE violated 15 U.S.C § 1692 f(1) Any unfair or unconscionable means to collect or attempt to collect the alleged debt. The Plaintiff demands $1,000.00.

24. Due to the repeated and continuing violation of the FDCPA, Plaintiff is entitled to actual and statutory damages under 15 U.S.C § 1692(k).

**WHEREFORE,** Plaintiff demands judgment for damages against REDLINE for actual or statutory damages in the amount of $4,000., punitive damages as this court may allow, and attorney's fees, pursuant to 15 U.S.C. § 1692(k).

### Count II
### VIOLATION OF THE ROSENTHAL CAL. CIVIL CODE § 1788 et seq.
### By Defendant REDLINE

25. *Plaintiff re-alleges the allegation set forth in paragraph 1-25.*

26. REDLINE are debt collectors, means any person who in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection, Pursuant to 1788.2(C).

27. REDLINE are subject to the Rosenthal Fair Debt Collection Act (Civil Code § 1788-§ 1788.33 et. seq.)

28. REDLINE violated 15 U.S.C § 1692e(2) as incorporated by Rosenthal 1788.17, by the use of any false and representation of character, amount, or legal status of the alleged debt. Plaintiff demands statutory damages in the amount of $1000 per credit report, each month Defendant violated the act.

29. REDLINE violated 15 U.S.C § 1692e(5) as incorporated by Rosenthal 1788.17, by threat to take any action that cannot legally be taken or that is not intended to be taken. Plaintiff demands statutory damages in the amount of $1000 per credit report, each month Defendant violated the act.

30. REDLINE violated 15 U.S.C § 1692e(10), as incorporated by Rosenthal 1788.17, the use of any false and representation or deceptive means to collect or attempt to collect a alleged debt or obtain information concerning a consumer. Plaintiff demands statutory damages in the amount of $1000 per credit report, each month Defendant violated the act.

31. REDLINE violated 15 U.S.C § 1692 f(1), as incorporated by Rosenthal 1788.17, Any unfair or unconscionable means to collect or attempt to collect the alleged debt. The Plaintiff demands $1,000.00.

32. REDLINE violated Rosenthal 1788.13(l) any communication by a license collection agency to a debtor demanding money unless the claim is actually assigned to the collection agency. Plaintiff demands statutory damages in the amount of $1000 per credit report, each month Defendant violated the act.

**WHEREFORE,** Plaintiff demands judgment against REDLINE for actual or statutory in the amount of $5000.00, punitive damages as this court may allow, and attorney's fees pursuant to Cal. Civil Code § 1788.30(b)and(c).

## FACTS OF VIOLATION OF FCRA

33. *Plaintiff re-alleges the allegation set forth in paragraph 1-32.*

34. On or about May 10, 2011 Plaintiff received credit report from a major credit reporting agency Experian and found a entry by an entity that was unknown within the credit report.

35. Plaintiff observed and investigated Experian credit report and determined that REDLINE pulled credit report on or about January 10, 2011 without expressed consent.

36. Discovery of the violation of impermissible purpose brought forth herein occurred on or about May 2011 and are within the statute of limitations as defined in the FCRA *15 U.S.C. § 1681p.*

37. REDLINE is in violation of the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b by* initiating credit report pulls with no permissible purpose from the credit bureaus.

38. REDLINE is in violation of the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b,* REDLINE credit pulled was initiated Jan. 10, 201, **prior** to REDLINE initial communication notice on Jan. 18, 2011 to Plaintiff.

39. There was not an authorization by the Plaintiff for REDLINE to pull her credit report. REDLINE pulled Plaintiff credit report without a legitimate purpose, judgment or contractual agreement. REDLINE are in violation of the FCRA.

> Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b*(f) **provides:**
> A person shall not use or obtain a consumer report for any purpose unless—
> **(1)** the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under ther section; and
> **(2)** the purpose is certified in accordance with section 1681e of ther title by a prospective user of the report through a general or specific certification.

## Count III

**VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681 WILLFUL NON-COMPLIANCE BY DEFENDANT By Defendant REDLINE**

40. *Plaintiff restates and reiterates herein all previous paragraphs 1-39.*

41. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

42. Experian is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

43. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

44. The FCRA, 15 U.S.C. § 1681b defines the permissible purpose for which a person may obtain a consumer credit report.

45. Such permissible purpose as defined by 15 U.S.C. § 1681b are generally, if the consumer makes and application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona-fide offer of credit as a result of the inquiry.

46. Plaintiff has never had any business dealings or any account with, made application for credit from, made application for employment with, applied for insurance from, or received a bona-fide offer of credit from REDLINE to acquire consumer report from any credit reporting agency.

47. At no time did Plaintiff give consent for REDLINE to acquire consumer credit report from any credit reporting agencies.

48. RCRA in 15 U.S.C. § 1681a(r)(4) states: The terms "account" and "electronic fund transfer" have the same meanings as in section 1693a of this title.

   (2) The term "account" means a demand deposit, savings deposit, or other asset account **(other than an occasional or incidental credit balance in an open end credit plan as defined in section 103(i) or this Act)**, as described in regulations of the Board, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bono fide trust agreement;

49. **The definition of "account" clearly does not include an account such as a credit card open ended credit account,** but does include a demand deposit account, savings deposit or other asset account which is wholly different. REDLINE was attempting to collect on an alleged account, which REDLINE never had any such alleged account to collect, so there was obviously no permissible purpose for the credit pull.

50. On or about Jan. 10, 2011 REDLINE obtained the Experian consumer credit report from the Plaintiff with no permissible purpose, which is in violation of FCRA 15 U.S.C. § 1681b.

51. The action of REDLINE of obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

**WHEREFORE**, Plaintiff demands judgment for damages against RED for statutory damages of $1000.00, punitive damages to be determined by this honorable court, attorney's fees and costs, pursuant to 15 U.S.C. § 1681n.

### "DEMAND FOR TRIAL by JURY"

Plaintiff hereby DEMAND a trial by jury of all issues as a matter of law.

Respectfully submitted this 14th Day of November 2011.

*[signature]*

Joscelin. Thomas, Without Prejudice
14626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com

# VERIFICATION OF COMPLAINT AND CERTIFICATION

State of California        )
                           )ss
County of Riverside        )

Plaintiff, Joscelin B. Thomas, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil complaint and I believe that all the facts contained in it are true to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded, cognizable in facts and warranted by existing law or by good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant, named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. 1746(2), I Joscelin B. Thomas, hereby declares or (certifies, verifies, or states) under penalty of perjury that the foregoing is true and correct.

Date: November 14, 2011

_____
Joscelin B. Thomas, Pro Se
14626 Red Gum St.
Moreno Valley, CA 92555
<dlthomas32@gmail.com>

# CERTIFICATE OF SERVICE

Plaintiff is servicing this **COMPLAINT** to Defendant and submits the same to the court of record on or about November 14, 2011.

*[signature]*
Joscelin B. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com

Service To:

Redline Recovery Services, LLC
11675 Ranwater Drive, Suite 350
Alpharetta, GA 30009

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
Joscelin B. Thomas, Pro Se'

**DEFENDANTS**
Redline Recovery Services, LLC and Does 1 through 10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Joscelin B. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA 92555

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT:** $ 10,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of 15 U.S.C. 1681 FCRA, Violation of 15 U.S.C. 1692 FDCPA, California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code 1788

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | | | | | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

EDCV11-1824 JHN (SPx)

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)             CIVIL COVER SHEET            Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
　　☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
　　☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Alpharetta, GA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/_　　　　Date November 14, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Joscelin B. Thomas, Pro Se' | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. ED CV11-01824 JHN (SPx) |
| Redline Recovery Services, LLC and Does 1 through 10 | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joscelin B. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA 92555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
CLERK OF COURT

Date: NOV 17 2011                             MARGO MEAD
_____                    _____
                                            *Signature of Clerk or Deputy Clerk*

(SEAL)

*FOR OFFICE USE ONLY*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                          _____
                                              *Server's signature*

                                          _____
                                              *Printed name and title*


                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc: