1  Joscelin B. Thomas, Pro Se'
2  14626 Red Gum Street
   Moreno Valley, CA 92555
3  dlthomas32@gmail.com
   No Phone/No Fax

FILED
CLERK, U.S. DISTRICT COURT
DEC - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joscelin B. Thomas, Pro Se' <br><br> Plaintiff(s), <br><br> vs. <br><br> Redline Recovery Services, LLC and Does 1 through 10 <br><br> Defendant(s). | Case No.: <br><br> Case No.: EDCV11-01824 JHN(SPX) <br><br><br> **PROOF OF SERVICE OF** <br><br> **AFFIDAVIT OF SERVICE OF** <br><br> **SUMMONS AND COMPLAINT** |

Comes now Joscelin B. Thomas ("Plaintiff"), submits Proof of Service of Summons. Please see Attachment.

I declare certify and declare under penalty of perjury under the law of the State of California that the forgoing is true and correct.

DATED: December 5, 2011

_____
Joscelin B. Thomas, Pro Se.

Originals

- 1 -
AFFIDAVID AND PROOF OF SERVICE OF SUMMONS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joscelin B. Thomas, Pro Se' <br><br> Plaintiff(s), <br><br> vs. <br><br> Redline Recovery Services, LLC and Does 1 through 10 <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: EDCV11-01824 JHN(SPX) <br> ) <br> ) <br> ) **AFFIDAVIT OF SERVICE OF** <br> ) <br> ) **SUMMONS AND COMPLAINT** <br> ) <br> ) |

State of California     )

County of Riverside   )

    Affiant Deon L. Thomas, certifies, deposes and says that: he is over the age of eighteen (18) years, is not a party to the action herein and resides in Riverside, CA.  That on November 29, 2011, I served SUMMONS IN CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, upon Redline Recovery Services, LLC, by depositing in the United State mail, one copy of the original filed/entered herein a separate sealed envelope to the address listed below with postage full pre-paid.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true
2  and correct.
3
4  DATED: December 6, 2011
5
6                                                                  _____
7                                                                                Deon Thomas
8
9  Serive to:
   Registered Agent: Howard Gibbs
10 11675 Rainwater Drive, Suite 350
   Alpharetta, GA 30009
11
12                                          JURAT
13
14 **Subscribed and sworn to** (or affirmed) before me on this  6  day of  December , 20 11 , by
15  DEoN THoMAS                                            , proved to me on the basis of
16 satisfactory evidence to be the person(s) who appeared before me.
17
18
19 Notary Signature_____(seal)         A. CASTRO
                                                     COMM #1826534
20                                                   NOTARY PUBLIC - CALIFORNIA
                                                     RIVERSIDE COUNTY
21                                                   My Commission Expires Dec. 12, 2012
22
23
24
25
26
27
28

- 2 -
AFFIDAVIT OF SERVICE

# ATTACHMENT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _J. Holder_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): J. Holder<br>C. Date of Delivery: 12/01 |
| 1. Article Addressed to:<br>Redline Recovery Services, LLC<br>Private and Confidential to<br>Howard Gibbs<br>11675 Rainwater Drive, Ste 350<br>Alpharetta, GA 30009 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from se): 7011 0470 0001 7917 3154 | |
| PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540 | |

- 1 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)