# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joscelin B. Thomas <br><br> Plaintiff(s), <br> v. <br><br> Redline Recovery Services LLC <br><br> Defendant(s). | CASE NUMBER: <br><br> EDCV 11-01824 JHN (SPx) <br><br> **NOTICE OF DEFICIENCY** <br> **DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Clerk's Default and Request for Default Judgment** of defendant Redline Recovery Services, LLC  for the following reason(s):

**X**      Proof of Service is lacking required information: manner of service of summons and complaint is not indicated.

**X**      Title and Capacity of Person Authorized to Accept service on behalf of defendant is not indicated.

**X**      Proposed Judgment was not included as a separate, additional attachment to the Request

**X**      Request needs to indicate in document caption that the document submitted is a Request for Clerk's Default and Default Judgment

**X**      Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

                                        CLERK OF COURT


                                        By: Benjamin_Moss@cacd.uscourts.gov
                                                              Deputy Clerk