UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    ED CV 11-1824 MWF (SPx)                    Date:  September 5, 2012

Title:  Joscelin B. Thomas ~v~ Redline Recovery Services LLC

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                             None Present
Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                              None Present

PROCEEDINGS (IN CHAMBERS):  ORDER RE JURY TRIAL
_____

   This matter is set for a Final Pretrial Conference/Hearing on Motions *In Limine* on December 10, 2012, and Jury Trial on January 8, 2013.  The parties are ordered to review and comply with Judge Fitzgerald's standing Order Re Jury Trial on the Court's website, www.cacd.uscourts.gov, under Judges' Procedures and Schedules.

   The *time* of the Final Pretrial Conference is hereby continued to 11:00 a.m. on December 10, 2012.