1  DAVID J. KAMINSKI (SBN 128509)
   kaminskd@cmtlaw.com
2  STEPHEN A. WATKINS (SBN 205175)
   Watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   REDLINE RECOVERY SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSCELIN B. THOMAS, Pro se;<br><br>Plaintiff,<br><br>vs.<br><br>REDLINE RECOVERY SERVICES, LLC, Does 1-10<br><br>Defendants. | CASE NO. 11-cv-01824-MWF-SP<br><br>**DECLARATION OF STEPHEN A. WATKINS IN SUPPORT OF REDLINE RECOVERY SERVICES, LLC'S OPPOSITION TO MOTION TO AMEND**<br><br>Date:    October 15, 2012<br>Time:   2:00 p.m.<br>Crtm:   1600<br><br>Hon. Michael W. Fitzgerald |

I, Stephen A. Watkins, declare as follows:

   1.   I am an attorney at law, licensed to practice before all of the courts of the State of California and an associate of the law firm of Carlson & Messer LLP, attorneys of record for Defendant REDLINE RECOVERY SERVICES, LLC ("Redline").

   2.   I make this declaration in support of Redline's Opposition to Plaintiff JOSCELIN THOMAS's ("Plaintiff") Motion to Amend Complaint. The facts set forth herein are true to my own personal knowledge, and if called upon, and sworn

1

1  as a witness, I could and would competently testify thereto.
2      3.    A true and correct copy of excerpts from the Transcript of the
3  Deposition of Plaintiff, taken on June 15, 2012, is attached hereto as Exhibit "A" and
4  is incorporated herein by reference.
5      4.    A true and correct copy of a letter dated October 12, 2011 from G.
6  Navarro Paulo, President of Redline, is attached hereto as Exhibit "B" and is
7  incorporated herein by reference.
8      I declare under penalty of perjury under the laws of the State of California that
9  the foregoing is true and correct.
10     Executed this 24th[h] day September 2012, at Los Angeles, California.

                                          /s/ Stephen A. Watkins
                                          Stephen A. Watkins