# EXHIBIT "A"

```
 1                                          CERTIFIED COPY
 2                  UNITED STATES DISTRICT COURT
 3                  CENTRAL DISTRICT OF CALIFORNIA
 4
 5   JOSCELIN B. THOMAS, Pro se;         )
                                         )
 6            Plaintiff,                 )
                                         )
 7       vs.                             ) CASE NO. 5:11-cv-
                                         ) 01824-JHN-SP
 8   REDLINE RECOVERY SERVICES, LLC,     )
     Does 1-10,                          )
 9                                       )
              Defendants.                )
10   _____)
11
12
13
14       DEPOSITION OF JOSCELIN B. THOMAS, the plaintiff
15       herein, noticed by CARLSON & MESSER, LLP, at 3400
16       Shelby Street, Ontario, California, at 10:15 a.m.,
17       on Friday, June 15, 2012, before Diana Austin, CSR
18       7375.
19
20       Hutchings Number 382588
21
22
23
24
25
```

# HUTCHINGS
## COURT REPORTERS

800-697-3210   www.hutchings.com

For best results, we recommend Adobe Acrobat or Adobe Reader (free at: http://get.adobe.com/reader/).

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSCELIN B. THOMAS, Pro se;     )
                                )
         Plaintiff,             )
                                )
     vs.                        ) CASE NO. 5:11-cv-
                                ) 01824-JHN-SP
REDLINE RECOVERY SERVICES, LLC, )
Does 1-10,                      )
                                )
         Defendants.            )
_____)


DEPOSITION OF JOSCELIN B. THOMAS, the plaintiff herein, noticed by CARLSON & MESSER, LLP, at 3400 Shelby Street, Ontario, California, at 10:15 a.m., on Friday, June 15, 2012, before Diana Austin, CSR 7375.


Hutchings Number 382588

JOSCELIN B. THOMAS vs. REDLINE RECOVERY SERVICES
Thomas, Joscelin on 06/15/2012

Page 2

```
 1   APPEARANCES OF COUNSEL:
 2
 3   For Plaintiff:
 4   JOSCELIN B. THOMAS, IN PRO PER
 5   14626 Red Gum Street
 6   Moreno Valley, California 92555
 7
 8   For Defendants:
 9   CARLSON & MESSER, LLP
10   BY STEPHEN A. WATKINS
11   5959 Century Boulevard, Suite 1214
12   Los Angeles, California 90045
13
14
15                    I N D E X
16   WITNESS:  JOSCELIN B. THOMAS
17   EXAMINATION BY:                        PAGE
18   MR. WATKINS                              4
19
20
21
22
23
24
25
```

JOSCELIN B. THOMAS vs. REDLINE RECOVERY SERVICES
Thomas, Joscelin on 06/15/2012

Page 3

```
 1                      E X H I B I T S

 2   Exhibit identification within the transcript is flagged
     with "[EXH]" as an identifier.
 3

 4   DEFENSE      DESCRIPTION                   IDENTIFIED   MARKED

 5   1           Deposition Notice                  14         63
                 [EXH-1]
 6
     2           Complaint                          14         63
 7               [EXH-2]

 8   3           Statement                          14         63
                 [EXH-3]
 9
     4           February 17, 2011 Letter           16         63
10               [EXH-4]

11   5           Experian Letter                    27         63
                 [EXH-5]
12
     6           Letter                             42         63
13               [EXH-6]

14   7           October 5, 2011 Letter             44         63
                 [EXH-7]
15
     8           October 11, 2011 Letter            46         63
16               [EXH-8]

17   9           October 17, 2011 Letter            47         63
                 [EXH-9]
18
     10          First Amended Complaint            48         63
19               [EXH-10]

20   11          Request For Production             56         63
                 of Documents
21               [EXH-11]

22

23   Questions the witness refuses to answer are indicated in
     the transcript by a "[QUES]" identifier at the end of
24   the question and are located on the following page(s):
     9, 12, 13
25
```

JOSCELIN B. THOMAS vs. REDLINE RECOVERY SERVICES
Thomas, Joscelin on 06/15/2012

Page 4

1              JOSCELIN B. THOMAS,
2     the plaintiff herein, having been sworn, testifies as
3     follows:
4
5                      -EXAMINATION-
6
7        BY MR. WATKINS:
8        Q.  I'm going to go over a few of the ground rules
9     for a deposition so that you understand.  You will see
10    the court reporter sitting here is taking down                10:15
11    everything we say as we sit here today.  And it's very
12    important that you answer my questions with a "yes" or
13    "no" as opposed to a nod or shaking of your head because
14    the court reporter can't take that down.
15       A.  Correct.                                               10:16
16       Q.  I, also, would ask that you let me finish my
17    questions before you give me your answers because the
18    court reporter can't take down both of us talking
19    together at the same time.
20       Do you understand?                                         10:16
21       A.  I do.
22       Q.  And if at any time you want to take a break,
23    let me know, and we can go off the record.
24       A.  Okay.
25       Q.  And if I ask you a question that you can't             10:16

JOSCELIN B. THOMAS vs. REDLINE RECOVERY SERVICES
Thomas, Joscelin on 06/15/2012

Page 45

| | | | |
|---|---|---|---|
| 1 | A. | This is the notice of intent to sue. | 13:22 |
| 2 | Q. | And what is the date of this document? | |
| 3 | A. | October 5th. | |
| 4 | Q. | And why did you send this letter? | |
| 5 | A. | This is the notice of intent to sue to the | 13:22 |
| 6 | president of the company. | | |
| 7 | Q. | Did you receive a response to Exhibit 6? | |
| 8 | A. | I did, Exhibit 7. | |
| 9 | Q. | To Exhibit 6, the September -- the September | |
| 10 | letter? | | 13:23 |
| 11 | A. | I don't recall receiving a response to | |
| 12 | Exhibit 6. | | |
| 13 | Q. | Is it fair to say that you probably sent | |
| 14 | Exhibit 7 because you didn't receive a response to | | |
| 15 | Exhibit 6? | | 13:23 |
| 16 | A. | I don't recall. | |
| 17 | Q. | And did you send Exhibit 7 via certified mail? | |
| 18 | A. | I did. | |
| 19 | Q. | And what is the second page of Exhibit 7? | |
| 20 | A. | It is a return receipt. | 13:24 |
| 21 | Q. | Did anybody help you write Exhibit 6 or | |
| 22 | Exhibit 7? | | |
| 23 | A. | No. | |
| 24 | Q. | And what was the response to Exhibit 7? | |
| 25 | A. | A letter from the president. | 13:24 |

Case 5:11-cv-01824-MWF-SP   Document 22-1   Filed 09/24/12   Page 8 of 14   Page ID #:377

JOSCELIN B. THOMAS vs. REDLINE RECOVERY SERVICES
Thomas, Joscelin on 06/15/2012

Page 46

| | | |
|---|---|---|
| 1 | Q. You mean the president of Redline? | 13:24 |
| 2 | A. The president of Redline, yes. His name is G. | |
| 3 | Navarro Paulo. | |
| 4 | Q. I would like to mark that as Exhibit 8. Can | |
| 5 | you read the fourth paragraph of this letter that begins | 13:25 |
| 6 | "our client." [EXH-8] | |
| 7 | A. "Our client, Asset Recovery Solutions, LLC, | |
| 8 | placed the account with us on January 10th, 2011. The | |
| 9 | account was closed and returned to our client on | |
| 10 | February 22nd, 2011." | 13:25 |
| 11 | Q. What did you understand that to mean? | |
| 12 | A. I don't know. | |
| 13 | Q. Did you take this letter to mean that Redline | |
| 14 | would continue to collect on this account? | |
| 15 | A. I don't know. | 13:26 |
| 16 | Q. Did you consider this letter an attempt to | |
| 17 | collect a debt? | |
| 18 | A. Yes. | |
| 19 | Q. Why did you consider it an attempt to collect a | |
| 20 | debt? | 13:26 |
| 21 | A. Because it did not state otherwise. | |
| 22 | Q. Even though it stated that the account was | |
| 23 | closed and returned to their client? | |
| 24 | A. Okay. This does not tell me that it's not | |
| 25 | still being collected. | 13:26 |

JOSCELIN B. THOMAS vs. REDLINE RECOVERY SERVICES
Thomas, Joscelin on 06/15/2012

Page 47

```
 1      Q.  But is it your testimony that you believe this      13:26
 2  letter was an attempt to collect the debt from you?
 3      A.  Yes.
 4      Q.  Okay.  Is there a phone number indicated on
 5  this letter?                                                13:27
 6      A.  There is.
 7      Q.  And did you ever call that phone number?
 8      A.  No.
 9      Q.  Why not?
10      A.  I prefer communication in writing.                  13:27
11  Documentation beats conversation.
12      Q.  So what was your response to this letter?
13      A.  To notify of a pending lawsuit.
14      Q.  I'd like to mark this as Exhibit 9.  Can you
15  read the first sentence of this letter.  [EXH-9]            13:28
16      A.  "You must be confused from our previous letter
17  dated October 5th, 2011.  The letter states notice of
18  intent to sue.  It speaks for itself, and it's not my
19  duty to educate Redline Recovery Services, LLC, on FDCPA
20  and FCRA.  Sorry, Mr. Paulo, but you cannot un-ring the    13:28
21  bell.  Violations from Redline Recovery Services, LLC,
22  have already occurred.  I know my rights, and there's no
23  confusion on my part.  You have violated federal and
24  state laws and my privacy rights.  There are damages
25  that occurred from your company violating the FDCPA and    13:29
```

JOSCELIN B. THOMAS vs. REDLINE RECOVERY SERVICES
Thomas, Joscelin on 06/15/2012

Page 48

```
 1   FCRA."                                                    13:29
 2        Q.  So is it your contention that even though the
 3   account was closed, that due to previous violations of
 4   Redline, that deemed there to be some sort of
 5   settlement; is that correct?                              13:29
 6        A.  Correct.
 7        Q.  Again, you sent this via certified mail?
 8        A.  I did.
 9        Q.  And is that shown by virtue of this certified
10   mail receipt?                                             13:29
11        A.  That is correct.
12        Q.  And did Redline respond to this letter?
13        A.  I do not recall.
14        Q.  Do you have any documents from Redline after
15   this point?                                               13:30
16        A.  I don't recall, none in my custody, care or
17   control.
18        Q.  I'd like to mark this as Exhibit 10.  Do you
19   already have a copy of Exhibit 10?  [EXH-10]
20        A.  No, I don't.                                     13:31
21        Q.  Okay.  What does the caption of Exhibit 10
22   state?  What is the title of the document?
23        A.  First Amended Complaint.
24        Q.  Do you recognize this document?
25        A.  I do.                                            13:31
```

Page 49

| | | |
|---|---|---|
| 1 | Q. Is this the First Amended Complaint that you're | 13:31 |
| 2 | seeking to file in this case? | |
| 3 | A. Yes. | |
| 4 | Q. Can you go to paragraph 23 of the proposed | |
| 5 | First Amended Complaint. Can you read the first | 13:32 |
| 6 | sentence. | |
| 7 | A. "Paulo mailed a communication notice to | |
| 8 | plaintiff dated October 11, 2011, attempting to collect | |
| 9 | an alleged debt that the plaintiff never owed to | |
| 10 | Redline." | 13:32 |
| 11 | Q. You also state in paragraph 23, "The notice | |
| 12 | sent by Paolo was in a deceptive and misleading manner | |
| 13 | where it had two or more meanings to confuse the least | |
| 14 | sophisticated consumer." | |
| 15 | What were those two or more meanings? | 13:33 |
| 16 | A. It appears that they still attempted to collect | |
| 17 | a debt from me. And it's stating that the account is | |
| 18 | closed. What does that mean? Closed in what? What | |
| 19 | does that mean? | |
| 20 | Q. Have you ever had an account closed? | 13:33 |
| 21 | A. Okay, it's still a nonexisting account. | |
| 22 | Q. Answer the first question, please. | |
| 23 | A. I'm sorry, say it -- state your question again. | |
| 24 | Q. Have you ever had an account closed? | |
| 25 | A. Yes. | 13:34 |

JOSCELIN B. THOMAS vs. REDLINE RECOVERY SERVICES
Thomas, Joscelin on 06/15/2012

Page 50

| | | |
|---|---|---|
| 1 | Q. When it was closed, what happened with that | 13:34 |
| 2 | account? | |
| 3 | A. I paid it off and closed it. | |
| 4 | Q. So you no longer owed the account? | |
| 5 | A. Correct. I paid it off and closed it. | 13:34 |
| 6 | Q. Correct. | |
| 7 | In paragraph 24 you stated that Paulo knew or | |
| 8 | should have known the notice was false, misleading and | |
| 9 | hid the true character of the alleged debt by failing to | |
| 10 | provide supporting documentation that substantiated an | 13:35 |
| 11 | alleged debt, thereby impairing your ability to | |
| 12 | knowledgably assess the validity of the alleged debt. | |
| 13 | Is it your contention that Redline should have | |
| 14 | attached documentation to support the alleged debt even | |
| 15 | though it was telling you it was closing the account? | 13:35 |
| 16 | A. Yes. | |
| 17 | Q. In paragraph 29, you claim that you will be | |
| 18 | seeking actual damages with respect to the October 11, | |
| 19 | 2011 letter. What actual damages will you be seeking? | |
| 20 | A. Sorry. Where are you reading? | 13:36 |
| 21 | Q. Paragraph 29, did you read paragraph 29? | |
| 22 | A. I read it. I just wasn't on the same page as | |
| 23 | you were. "Upon information and belief, Paulo's and | |
| 24 | Redline's actions constitute conduct highly offensive to | |
| 25 | a reasonable person and as a result of Paulo and | 13:36 |

# EXHIBIT

# 8



October 11, 2011

Joscelin B. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Redline # N9285743

Dear Joscelin:

Thank you for your letter dated October 05, 2011. Redline Recovery Services, LLC takes any and all complaints very seriously and addresses them immediately.

We understand how confusing and frustrating some of these issues can be for a consumer. Redline Recovery Services is a collection agency attempting to collect a debt for our client.

As a licensed collection agency, we have permissible purpose to pull credit bureaus to locate consumers.

Our client, Asset Recovery Solutions, LLC placed the account with us on January 10, 2011. The account was closed and returned to our client on February 22, 2011.

I appreciate your bringing this matter to our attention and regret any inconvenience. At this time, we consider that matter to be closed. If you have any questions, please do not hesitate to contact me directly. Please direct all future correspondence to my attention. I can be reached at 770-885-4055.

Sincerely,

G. Navarro Paulo
President
Redline Recovery Services, LLC

EXHIBIT 8
REPORTER D. Austin
DEPONENT J. Thomas
DATE June 15, 2012

11675 Rainwater Drive
Suite 350
Alpharetta, GA 30009
770-885-4055 (O)
770-885-4051 (F)