# EXHIBIT "B"



October 11, 2011

Joscelin B. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555


Redline # N9285743


Dear Joscelin:

Thank you for your letter dated October 05, 2011. Redline Recovery Services, LLC takes any and all complaints very seriously and addresses them immediately.

We understand how confusing and frustrating some of these issues can be for a consumer. Redline Recovery Services is a collection agency attempting to collect a debt for our client.

As a licensed collection agency, we have permissible purpose to pull credit bureaus to locate consumers.

Our client, Asset Recovery Solutions, LLC placed the account with us on January 10, 2011. The account was closed and returned to our client on February 22, 2011.

I appreciate your bringing this matter to our attention and regret any inconvenience. At this time, we consider that matter to be closed. If you have any questions, please do not hesitate to contact me directly. Please direct all future correspondence to my attention. I can be reached at 770-885-4055.

Sincerely,

G. Navarro Paulo
President
Redline Recovery Services, LLC

EXHIBIT 8
REPORTER D. Austin
DEPONENT J. Thomas
DATE June 15, 2012

11675 Rainwater Drive
Suite 350
Alpharetta, GA 30009
770-885-4055 (O)
770-885-4051 (F)

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045.

On **September 24, 2012**, I served the foregoing document(s) described as:
**DECLARATION OF STEPHEN A. WATKINS IN SUPPORT OF REDLINE RECOVERY SERVICES, LLC'S OPPOSITION TO MOTION FOR LEAVE TO AMEND** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]   **ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **PERSONAL SERVICE BY HAND-** I personally served document to address stated on POS Service List.

[ ]   **BY FACSIMILE-** I transmitted via telecopier machine such document to the offices of the addressees.

[ ]   **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 24th day of September, 2012 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ Linda Brooks
　　　　　　　　　　　　　　　　　　Linda Brooks

1
PROOF OF SERVICE

**SERVICE LIST**
**Joscelin B. Thomas, Pro Se v. Redline Recovery Services, LLC**
File No.: 06998.00

Joscelin B. Thomas                              IN PRO SE
14626 Red Gum Street
Moreno Valley, CA  92555
joscelin.thomas@gmail.com

2
PROOF OF SERVICE