DAVID J. KAMINSKI (SBN 128509)
kaminskd@cmtlaw.com
STEPHEN A. WATKINS (SBN 205175)
Watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
REDLINE RECOVERY SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSCELIN B. THOMAS, Pro se;<br><br>Plaintiff,<br><br>vs.<br><br>REDLINE RECOVERY SERVICES, LLC, Does 1-10<br><br>Defendants. | CASE NO. 11-cv-01824-MWF-SP<br><br>**REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    October 15, 2012<br>Time:   10:00 a.m.<br>Crtm:   1600<br><br>Hon. Michael W. Fitzgerald |

TO PLAINTIFF, PRO SE:

Comes now, Defendant REDLINE RECOVERY SERVICES, LLC ("Redline") and hereby submits its Reply in support of Redline's motion for summary judgment as to Plaintiff JOSCELIN THOMAS ("Plaintiff")'s Complaint.

///

///

///

1

### I. Summary Judgment Should be Granted as Plaintiff Has Not Opposed Redline's Motion

Redline filed and served its Motion on September 17, 2012, setting the hearing on its Motion for October 15, 2012. L.R. 7-9 provides that "not later than twenty-one (21) days before the date designated for the hearing of the motion" Plaintiff was to serve and file her response. Plaintiff's response was therefore due on September 24, 2012. However, to date, Redline has not received an Opposition, and none is reflected on the Court's docket.

Moreover, on September 24, 2012 Redline served Plaintiff with an Opposition to her Motion to Amend, which referenced Redline's Motion for Summary Judgment. As Plaintiff has been provided notice of Redline's Motion in two separate instances and has thus far failed to respond, this alone is grounds for granting Redline's Motion. *See* L.R. 7-15. Regardless, Redline's Motion should be granted in its entirety, for all the reasons set forth in its Motion.

DATED: October 1, 2012                    CARLSON & MESSER LLP


By: /s/ David J. Kaminski
    David J. Kaminski
    Stephen A. Watkins
    Attorneys for Defendant,
    REDLINE RECOVERY SERVICES, LLC

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045.

On **October 1, 2012,** I served the foregoing document(s) described as: **REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ] **ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **PERSONAL SERVICE BY HAND**- I personally served document to address stated on POS Service List.

[ ] **BY FACSIMILE**- I transmitted via telecopier machine such document to the offices of the addressees.

[ ] **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **1st** day of **October, 2012** at Los Angeles, California.

*/s/ Linda Brooks*
Linda Brooks

---

1

PROOF OF SERVICE

## SERVICE LIST
### Joscelin B. Thomas, Pro Se v. Redline Recovery Services, LLC
### File No.: 06998.00

Joscelin B. Thomas                              IN PRO SE
14626 Red Gum Street
Moreno Valley, CA  92555
joscelin.thomas@gmail.com