UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED CV 11-1824-MWF(SPx)**                    Dated: **October 9, 2012**

Title:    Joscelin B. Thomas -*v*- Redline Recovery Services, LLC., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

Counsel are hereby notified that Plaintiff's Motion for Leave to File First Amended Complaint [16] and Defendant's Motion for Summary Judgment [20] will be heard on **October 15, 2012, at 10 am** before the Honorable Michael W. Fitzgerald, United States District Court Judge, Courtroom 1600.

IT IS SO ORDERED.

Initials of Deputy Clerk   rs

-1-