| | |
|---|---|
| 1 | DAVID J. KAMINSKI (SBN 128509) |
|   | kaminskd@cmtlaw.com |
| 2 | STEPHEN A. WATKINS (SBN 205175) |
|   | Watkinss@cmtlaw.com |
| 3 | CARLSON & MESSER LLP |
|   | 5959 W. Century Boulevard, Suite 1214 |
| 4 | Los Angeles, California 90045 |
|   | (310) 242-2200 Telephone |
| 5 | (310) 242-2222 Facsimile |
| 6 | Attorneys for Defendant, |
|   | REDLINE RECOVERY SERVICES, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSCELIN B. THOMAS, Pro se; | ) | CASE NO. 11-cv-01824-MWF-SP |
| Plaintiff, | ) | **FILING OF PROOF OF SERVICE OF SECOND REPLY MEMORANDUM OF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | ) | |
| REDLINE RECOVERY SERVICES, LLC, Does 1-10 | ) | |
| Defendants. | ) | Date: October 15, 2012 |
|   | ) | Time: 10:00 a.m. |
|   | ) | Crtm: 1600 |
|   | ) | Hon. Michael W. Fitzgerald |

DATED: October 9, 2012        CARLSON & MESSER LLP

By:    /s/ David J. Kaminski

David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
REDLINE RECOVERY SERVICES, LLC

---

06998.00/188247         PROOF OF SERVICE OF SECOND REPLY
                        CASE NO. 11-cv-01824-MWF-SP