## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045.

On **October 10, 2012**, I served the foregoing document(s) described as: **SECOND REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X]   **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]   **ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **PERSONAL SERVICE BY HAND-** I personally served document to address stated on POS Service List.

[ ]   **BY FACSIMILE-** I transmitted via telecopier machine such document to the offices of the addressees.

[ ]   **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **10th** day of **October, 2012** at Los Angeles, California.

*/s/ Linda Brooks*
Linda Brooks

---
1
PROOF OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | |

**SERVICE LIST**
**Joscelin B. Thomas, Pro Se v. Redline Recovery Services, LLC**
**File No.: 06998.00**

Joscelin B. Thomas                                          IN PRO SE
14626 Red Gum Street
Moreno Valley, CA  92555
joscelin.thomas@gmail.com