UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED CV 11-1824-MWF(SPx)**                                  Dated: **October 15, 2012**

Title:      Joscelin B. Thomas -v- Redline Recovery Services, LLC, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez/Carla Badirian | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Joscelin B. Thomas, *pro se*                          Stephen A. Watkins

PROCEEDINGS:   PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [16];
MOTION FOR SUMMARY JUDGMENT [20]

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission.

Initials of Deputy Clerk   rs/cb

-1-                                                    :  10 min